# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**755**

**KA 12-00256**

PRESENT: CENTRA, J.P., PERADOTTO, SCONIERS, VALENTINO, AND WHALEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                    MEMORANDUM AND ORDER

DANIEL S. SMREK, DEFENDANT-APPELLANT.
(APPEAL NO. 2.)

---

CARR SAGLIMBEN LLP, OLEAN (JAY D. CARR OF COUNSEL), FOR
DEFENDANT-APPELLANT.

LORI P. RIEMAN, DISTRICT ATTORNEY, LITTLE VALLEY (KELLY M. BALCOM OF
COUNSEL), FOR RESPONDENT.

---

Appeal from a judgment of the Cattaraugus County Court (Larry M.
Himelein, J.), rendered December 20, 2011.  The judgment convicted
defendant, upon his plea of guilty, of driving while intoxicated, a
class D felony and aggravated unlicensed operation of a motor vehicle
in the second degree.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed.

Same Memorandum as in *People v Smrek* ([appeal No. 1] ___ AD3d ___
[June 14, 2013]).

Entered:  June 14, 2013                          Frances E. Cafarell
                                                 Clerk of the Court